UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAMES R. BARCHIESI, WORKSITE
INC. and WORKSITE CONNECT LLC,

                Plaintiffs,        **23 Civ. No. 9221 (JGLC) (GS)**

      -against-             **PRE-SETTLEMENT
                                                                           CONFERENCE ORDER**

STEPTOE AND JOHNSON PLLC and
BRIAN J. PULITO,

                Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Telephone Conference for **Wednesday, March 13, 2024 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 646 477 575#.**

      SO ORDERED.

DATED:    New York, New York
               March 6, 2024

                                                                                The Honorable Gary Stein
                                                                                United States Magistrate Judge